Caroline Larsen, SBN 022547
Justin B. Caresia, SBN 034007
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:  (602) 778-3700
Caroline.Larsen@ogletreedeakins.com
Justin.Caresia@ogletreedeakins.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Lay Trece V. Williams,<br><br>               Plaintiff,<br><br>   vs.<br><br>Circle K Inc.,<br><br>               Defendant. | No. _____<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441 AND 1446** |

**To the Clerk of the above-entitled Court:**

Defendant Circle K Stores, Inc. ("Circle K")[1], by and through undersigned counsel, notifies this Court of the removal of the above civil action from the Superior Court of the State of Arizona, Maricopa County, Arizona to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

**I.    THE STATE COURT ACTION**

1.    Plaintiff Lay Trece V. Williams filed an action against Circle K on February 8, 2019 in the Superior Court of the State of Arizona, County of Maricopa, and served Circle K on February 22, 2019. The action is entitled *Lay Trece V. Williams v.*

---

[1] In the Complaint, Plaintiff improperly named Circle K Inc. as the defendant. Plaintiff's employer was Circle K Stores, Inc.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

*Circle K Inc.* and bears the Case Number CV2019-000472.

2. True and correct copies of the Complaint, Summons, Certificate of Compulsory Arbitration, and Plaintiff's Demand for a Jury Trial are attached as Exhibit A.

3. No further proceedings have been had in state court as of the date of this Notice.

## II. FEDERAL QUESTION JURISDICTION EXISTS

4. This Court has original jurisdiction over this action under 28 U.S.C. § 1331, which confers subject matter jurisdiction over cases presenting questions of federal constitutional, statutory, and common law. *See Provincial Gov't of Marinduque v. Placer Dome, Inc.*, 582 F.3d 1083, 1086 (9th Cir. 2009). Jurisdiction exists pursuant to § 1331 when a federal question is presented on the face of the plaintiff's complaint. *See Rivet v. Regions Bank of La.*, 522 U.S. 470, 475 (1998).

5. Plaintiff's Complaint asserts a claim for violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e, *et seq.*, which presents a question of federal law. Therefore, this Court has original jurisdiction over Plaintiff's claim under 28 U.S.C. §§ 1331 and 1446, as well as removal jurisdiction under 28 U.S.C. § 1441(b).

## III. OTHER REQUIREMENTS FOR REMOVAL ARE MET

6. This Notice of Removal is timely under 28 U.S.C. §1446(b) because fewer than thirty (30) days have elapsed since Circle K received a copy of Plaintiff's Complaint.

7. Circle K has served a copy of this Notice on Plaintiff and a copy of the Notice has been filed with the Maricopa County Superior Court Clerk pursuant to Rule 3.6 of the Local Rules of the District Court for the District of Arizona. A copy of the Notice filed with the state court clerk is attached as Exhibit B.

8. Circle K hereby requests that this action be removed from Maricopa County Superior Court to this Court.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

DATED this 25th day of March 2019.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

By: s/Caroline Larsen
    Caroline Larsen
    Justin B. Caresia
    2415 E. Camelback Road, Suite 800
    Phoenix, Arizona 85016
    Attorneys for Defendant

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of March 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I also hereby certify that on the 25th day of March 2019, I served the attached document by U.S. Mail on:

Lay Trece V. Williams
4211 W. Monterey Way
Phoenix, AZ 85019
Plaintiff Pro Per


s/Susan Stimson

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

4